# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SUZY BISHARA,

    Plaintiff,

v.

BAC HOME LOANS, *et al.*,

    Defendants.

Case No. 2:11-CV-01420-KJD-GWF

**ORDER**

    Presently before the Court is Plaintiff's Motion for Enlargement of Time (#11). Plaintiff seeks an extension of time to oppose Defendants' Motion to Dismiss and Expunge Lis Pendens (#8/10) and an extension of time to file a joint status report. Having read and considered the motion and good cause being found, the Court **GRANTS** the motion. Plaintiff's oppositions and the joint status report shall be filed no later than October 20, 2011.

**IT IS SO ORDERED.**

    DATED this 6th day of October 2011.

_____
Kent J. Dawson
United States District Judge