**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| SUZY BISHARA, | ) | |
| Plaintiff, | ) | Case No. 2:11-cv-01420-KJD-GWF |
| vs. | ) | **ORDER** |
| | ) | Plaintiff's Motion for Permission |
| BAC HOME LOANS, et al., | ) | of File Electronically (#12) |
| Defendants. | ) | |

This matter comes before the Court on Plaintiff's Motion to Request Permission to File Electronically (#12), filed on October 6, 2011. Plaintiff requests permission to file all future pleadings electronically through the Court's CM/ECF filing system. The Court will allow Plaintiff to file future documents electronically only after Plaintiff has demonstrated a basic understanding and familiarity with the CM/ECF filing system. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Request Permission to File Electronically (#12) is **granted**. Plaintiff must comply with the following procedures in order to activate her CM/ECF account:

    a.    On or before **November 2, 2011**, Plaintiff must provide certification that she has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.

    b.    Plaintiff is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

. . .

1     c.    Upon timely filing of the certification, Plaintiff shall contact Robert Johnson at the
2           CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

4   DATED this 12th day of October, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge