Jeremy T. Bergstrom, Esq.
Nevada Bar No. 6904
jbergstrom@mileslegal.com
Krista J. Nielson, Esq.
Nevada Bar No. 10698
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Parkway, Suite 250
Henderson, Nevada 89052
(702) 369-5960/Fax: (702) 942-0411
MBBW File No. 11-L0305
Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SUZY BISHARA, an individual, | Case No.: 2:11-cv-01420 |
| Plaintiff, | **ORDER EXPUNGING LIS PENDENS** |
| vs. | |
| BAC HOME LOANS, a Corporation; COUNTRYWIDE HOME LOANS, DOES I Through X, inclusive, | |
| Defendants. | |

On September 19, 2012, this Court granted BAC HOME LOANS ("BAC") and COUNTRYWIDE HOME LOANS ("COUNTRYWIDE") (hereinafter collectively "Defendants") (hereinafter "CITI"), Motion for Summary Judgment [Dkt. 31].

Plaintiff, SUZY BISHARA, recorded a Notice of Lis Pendens on or about April 13, 2011, as Instrument number 201104130003120 in the Records of Clark County. Accordingly, as Defendants are dismissed, Defendants request that the lis pendens recorded against the subject property located at 9120 Nicklewood Avenue, Las Vegas, Nevada 89143 ("subject property"), be cancelled, released, and expunged.

1

1   Therefore, the Court, having considered Defendants' request, and for good cause
2   appearing:
3   **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the Lis Pendens
4   recorded against the subject property is hereby cancelled, released, and expunged.
5   **IT IS FURTHER ORDERED, ADJUDGED and DECREED** that Defendants shall
6   record a certified copy of this order in the records of the Clark County Recorder.

APPROVED:

_____
UNITED STATES DISTRICT JUDGE

Dated: September 24, 2012

Respectfully submitted by:

/s/ Krista J. Nielson
Jeremy T. Bergstrom, Esq.
Nevada Bar No. 6904
Krista J. Nielson, Esq.
Nevada Bar No. 10698
2200 Paseo Verde Parkway, Suite 250
Henderson, NV 89052
Counsel for Defendants

2